UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN D. SHERIDAN, S AND D HOLDINGS, INC., <br>     Plaintiffs, on behalf of themselves and all those similarly situated, <br><br> vs. <br><br> MARATHON PETROLEUM COMPANY LLC, formerly known as MARATHON ASHLAND PETROLEUM LLC, and SPEEDWAY SUPERAMERICA LLC, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:06-cv-1233-SEB-JMS |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiffs. Each party shall bear its own costs. IT IS SO ORDERED.

Date: ___09/28/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

J. Michael Baldwin
BAKER BOTTS L.L.P.
michael.baldwin@bakerbotts.com

Thomas P. Bleau
BLEAU FOX & FONG
tbleau@bleaufox.com

Joseph Gregory Eaton
BARNES & THORNBURG LLP
joe.eaton@btlaw.com

Charles P. Gaddy
GADDY & GADDY
gaddy@netdirect.net

Steven L. Leifer
BAKER BOTTS, LLP
sleifer@bakerbotts.com

Kendall Millard
BARNES & THORNBURG LLP
kmillard@btlaw.com

Patrick H. Peters III
BAKER BOTTS L.L.P.
patrick.peters@bakerbotts.com

David M. Rodi
BAKER BOTTS L.L.P.
david.rodi@bakerbotts.com

T. Joseph Wendt
BARNES & THORNBURG LLP
jwendt@btlaw.com